UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GILBERT,<br><br>                    Petitioner,<br><br>          vs.<br><br>DERRAL ADAMS,<br><br>                    Respondent. | Case No. 2:02-cv-0218-JKS-HC<br><br>FINAL JUDGMENT |

The court having entered its Memorandum Decision of even date herewith disposing of all the issues raised by the Petitioner,

**NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED THAT** the petition for post conviction relief [28 U.S.C. § 2254] filed herein is **DISMISSED**.

**IT IS FURTHER ORDERED THAT** the court will issue a Certificate of Appealability under 28 U.S.C. § 2253(c) solely on the issue of whether Petitioner was entitled to an evidentiary hearing. *See Earp v. Ornoski*, 431 F.3d 1158 (9th Cir. 2005).  All other issues raised in the petition were addressed by the California Superior Court in its decision and no reasonable jurist could find that its decision was "objectively unreasonable." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated at Anchorage, Alaska this 23rd day of March, 2006.

                                         s/ James K. Singleton, Jr.
                                         JAMES K. SINGLETON, JR.
                                         United States District Judge